UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN NEWFARMER-FLETCHER,<br><br>           Plaintiff,<br><br>   v.<br><br>COUNTY OF SIERRA, a California Municipality, SIERRA COUNTY DEPT. OF HUMAN SERVICES/SOCIAL SERVICES DEPARTMENT, a government agency organized and existing pursuant to the law and policy of the COUNTY OF SIERRA, CAROL ROBERTS, Director of the DEPT. OF HUMAN SERVICES, JAMES MARKS, LARRY ALLEN, VAN MADDOX, JODI BENSON, CAROL IMAN, and DOES 1-50,<br><br>           Defendants. | Case No. 2:11-CV-02054 JAM-CKD<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

    This matter comes before the Court on Defendants County of Sierra, Sierra County Department of Human Services/Social Services Department, Carol Roberts, James Marks, Larry Allen, Van Maddox, and Jodi Benson's ("Defendants") Motion to Dismiss (Doc. #6). Defendants ask the Court to dismiss the Complaint (Doc. #1) filed by Plaintiff Jean Newfarmer-Fletcher. Plaintiff does not oppose the motion.[1] Local Rule 230(c) requires a party responding to a

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was scheduled for November 16, 2011.

motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date.  Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules."  Therefore, the Court will sanction Plaintiff's counsel, David John Collins, $150.00 unless he shows good cause for his failure to comply with the Local Rules.

Plaintiff did, however, file a First Amended Complaint ("FAC")(Doc. #12), but contrary to Federal Rule of Civil Procedure 15(a)(2), she did not amend her pleading with Defendants' written consent or obtain leave of Court.  The Court ordered that the Defendants' stipulate to the FAC or it would strike it from the docket (Doc. #13).  For reasons unknown to the Court, Defendants did not consent to the FAC.

## I.   ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED, WITH LEAVE TO AMEND.  Plaintiff must file an amended complaint within 20 days of this Order.  It is further ordered that within ten (10) days of this Order David John Collins shall either (1) pay sanctions of $150.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated:  November 21, 2011

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE